# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| LEIF CHRISTOPHER HASLAG, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 23-04014-CV-C-SRB-P |
| v. | ) Crim. No. 19-04077-01-CR-C-SRB |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED; a certificate of appealability is DENIED; and this case is DISMISSED.

| | |
|---|---|
| June 9, 2023 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracey L. Richard |
| | (by) Deputy Clerk |